for writ of certiorari to the Appellate Court of Illinois, 1st District, denied. *Messrs. E. E. McInnis* and *Homer W. Davis* for petitioner. *Mr. John K. Murphy* for respondent.

No. 791. OWEN *v.* KINGSPORT PRESS, INC., ET AL. April 18, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. O. Ellery Edwards* for petitioner. *Mr. Samuel H. Kaufman* for respondents.

No. 792. UNCASVILLE MFG. Co. *v.* COMMISSIONER OF INTERNAL REVENUE. April 18, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. John E. Hughes* for petitioner. *Solicitor General Thacher* for respondent.

No. 794. OSTRANDER-SEYMOUR Co. *v.* POWERS-TYSON CORP. ET AL. April 18, 1932. Petition for writ of certiorari to the Supreme Court of Michigan denied. *Messrs. Wm. J. Hughes, Jr., Wm. E. Leahy,* and *Meyer Abrams* for petitioner. *Mr. Benn M. Corwin* for respondents.

No. 803. GOSSETT, ADMINISTRATOR, ET AL. *v.* SWINNEY ET AL. April 18, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Alfred N. Gossett, Wm. S. Allen, John T. Harding,* and *Henry L. Jost* for petitioners. *Messrs. Arthur Mag, Roy B. Thomson,* and *Wm. S. Hogsett* for respondents.